**Opinion issued October 29, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00091-CV

_____

**GEORGIA WALLACE, Appellant**

**V.**

**CHARLES JOHNSON, LIBERTY ISLAND ADULT DAY CARE, INC., AND LIBERTY ISLAND PERSONAL CARE HOME, INC., Appellees**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1098683**

---

## MEMORANDUM OPINION

Appellant, Georgia Wallace, has neither paid the required filing fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041; Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before

the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

We dismiss the appeal for want of prosecution for nonpayment of required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.